USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MOHAN'S CUSTOM TAILORS, INC., : 19-cv-3448 (LAK) (RWL)
:
                Plaintiff, : **ORDER**
:
    - against - :
:
ALASTAIR BESPOKE, INC., et al., :
:
                Defendants. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

For the reasons stated on the record during the conference held on February 7, 2020 (the "Conference"):

1. By February 21, 2020, Defendants shall complete their obligation to conduct a reasonable search for and produce all responsive, non-privileged documents to Plaintiff, and shall file an affidavit(s) confirming that all responsive, non-privileged documents located after a reasonable search have been produced.

2. By February 21, 2020, Defendants shall, consistent with direction provided during the Conference, provide supplemental responses to Plaintiff's interrogatories and provide verification of those responses.

3. The deadline for fact discovery is extended from March 2, 2020 to April 1, 2020.

4. The pre-settlement conference call scheduled for March 2, 2020 is cancelled. The settlement conference will otherwise proceed as scheduled.

The Clerk is respectfully directed to terminate the motion at Dkt. 42.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2020
         New York, New York

Copies transmitted to all counsel of record.